RICHARD COUSINEAU, APPELLANT, v. WARDEN, NEVADA STATE PRISON, RESPONDENT.

No. 6450

May 21, 1971                              484 P.2d 1098

*Robert G. Legakes,* Public Defender, and *Morgan D. Harris,* Deputy Public Defender, Clark County, for Appellant.

*Robert List,* Attorney General, *Roy A. Woofter,* District Attorney, and *Charles L. Garner,* Chief Deputy District Attorney, Clark County, for Respondent.

**OPINION**

*Per Curiam:*

This appeal presents a single issue: Should the ruling of Boykin v. Alabama, 395 U.S. 238 (1969), be applied retroactively? This question has, of course, been answered in the negative by this court. Mathis v. Warden, 86 Nev. 439, 471 P.2d 233 (1970); Stocks v. Warden, 86 Nev. 758, 476 P.2d 469 (1970). Appellant concedes as much and, indeed, in the

lower court he admitted to the judge that the case had no merit.

This case thus clearly presents a frivolous appeal and could easily have been disposed of under Sanchez v. State, 85 Nev. 95, 450 P.2d 793 (1969), and Watkins v. State, 85 Nev. 102, 450 P.2d 795 (1969). Because this course was not followed, as in *Watkins,* we merely affirm the trial court.

Affirmed.